MATTIE BRYANT, Appellant, *v.* VILLAGE OF POTSDAM, Respondent.

(Argued January 15, 1930; decided February 11, 1930.)

*Allan L. Gurley* for appellant.

*Charles A. Murphy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.